1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * * * *

9   JEREMY A. CROZIER,                  )
                                        )
10              Plaintiff,              )          3:09-cv-00694-LRH-WGC
                                        )
11   v.                                 )
                                        )          O R D E R
12   ADAM ENDEL, *et al.*,              )
                                        )
13              Defendants.             )
    _____)

14

15      Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16   Cobb (#48[1]) entered on January 23, 2012, recommending granting Defendants' Motion for Summary

17   Judgment (#34) filed on September 1, 2011.  No objection to the Report and Recommendation has

18   been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

19   Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of

20   Nevada.

21      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

24   (#48) entered on January 23, 2012, should be adopted and accepted.

25

26      [1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#48)

2  entered on January 23, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment

3  (#34) is **GRANTED**.

4    IT IS SO ORDERED.

5    DATED this 1st day of March, 2012.

6

7

8    _____

     LARRY R. HICKS
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                             2