UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JEREMY A. CROZIER,           )<br>                                            )<br>              Plaintiff,          )<br>                                            )<br>v.                                        )<br>                                            )<br>ADAM ENDEL, *et al.*,         )<br>                                            )<br>              Defendants.     )<br>_____) | 3:09-cv-00694-LRH-WGC<br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#48[1]) entered on January 23, 2012, recommending granting Defendants' Motion for Summary Judgment (#34) filed on September 1, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#48) entered on January 23, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#48) entered on January 23, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment (#34) is **GRANTED**.

IT IS SO ORDERED.

DATED this 1st day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE